| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Benton, William D. | U.S. Court of Appeals, 8th Cir | 05/09/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (active) | ☐ Nomination Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
400 E. 9th St.
Kansas City MO 64106

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Director | Freedom's Frontier National Heritage Area |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | State of Missouri - judicial retirement | $66130.20 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Missouri Baptist Convention | Oct. 29-31, 2012 | St. Louis MO | meeting of religious organization | transportation, meals and hotel |
| 2. | St. Louis University | Oct. 12-13, 2012 | St. Louis MO | speak at seminar | transportation, meals and hotel |
| 3. | Emory University | Oct. 6-7, 2012 | Atlanta GA | judge moot court | transportation, meals and hotel |
| 4. | American Legion | Sep. 28-30, 2012 | Indianapolis IN | meeting of civic organization | transportation, meals and hotel |
| 5. | Rotary International | Sep. 10-12, 2012 | Evanston IL | meeting of civic organization | transportation, meals and hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Benton, William D. | 05/09/2013 |

| | | | | |
|---|---|---|---|---|
| 6. | Southwestern Baptist Theological Seminary | May 21-22, 2012 | Fort Worth TX | meeting of religious organization | transportation, meals and hotel |
| 7. | St. Louis University | May 17-18, 2012 | St. Louis MO | speak at commencement | transportation, meals and hotel |
| 8. | Rotary International | Apr. 9-11, 2012 | Evanston IL | meeting of civic organization | transportation, meals and hotel |
| 9. | American Bar Association | Mar. 22-23, 2012 | New Orleans LA | CLE (teach) at seminar | transportation, meals and hotel |
| 10. | Pepperdine Law School | Mar. 14-16, 2012 | Malibu CA | teach at Federal Clerkship Institute | transportation, meals and hotel |
| 11. | Rotary International | Feb. 19-22, 2012 | Evanston IL | meeting of civic organization | transportation, meals and hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Equifax Inc. common stock | B | Dividend | L | T | | | | | |
| 2. GE common stock | A | Dividend | J | T | | | | | |
| 3. Federated Clover Value Fund A | A | Dividend | J | T | | | | | |
| 4. Oppenheimer Main Street Fund A | A | Dividend | J | T | | | | | |
| 5. Wells Fargo Emerging Growth Fund A (formerly "Small Cap") | B | Distribution | K | T | | | | | |
| 6. US Bancorp common stock | A | Dividend | J | T | | | | | |
| 7. MOST 529 plan fund #1-Vanguard Aggressive Growth Portfolio | | None | J | T | | | | | |
| 8. MOST 529 plan fund #2-Vanguard Interest Accumulat'n Portfoli | A | Interest | J | T | | | | | |
| 9. AIG American General universal life policy | B | Interest | K | T | | | | | |
| 10. IRA # 1 | B | Int./Div. | K | T | | | | | |
| 11. - Hewlett Packard common stock | | | | | | | | | |
| 12. - Wells Fargo (formerly Wachovia) Bank deposit program | | | | | | | | | |
| 13. - Blackrock Energy & Resources Portfolio C | | | | | | | | | |
| 14. - American Capital Income Builder Fund C | | | | | | | | | |
| 15. - Lord Abbett Bd-Deb C | | | | | | | | | |
| 16. IRA # 2 | B | Int./Div. | L | T | | | | | |
| 17. - WalMart common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Hewlett Packard common stock | | | | | | | | | |
| 19. - Federated Clover Value Fund A | | | | | | | | | |
| 20. - American International Group Inc. | | | | | | | | | |
| 21. - Peabody Energy Corp. common stock | | | | | | | | | |
| 22. - Titanium Metals Corp. New common stock | | | | | | | | | |
| 23. - Wells Fargo Co. (formerly Wachovia Corp New) common stock | | | | | | | | | |
| 24. - Blackrock Energy & Resources Portfolio C | | | | | | | | | |
| 25. - Wells Fargo (formerly Wachovia) Bank deposit program | | | | | | | | | |
| 26. - Federated Strategic Value Fund C | | | | | | | | | |
| 27. - Federated Investors Bond Fund C | | | | | | | | | |
| 28. Pfizer Inc. common stock | A | Dividend | J | T | | | | | |
| 29. Sirius Satellie Radio Inc. common stock | A | Dividend | J | T | | | | | |
| 30. Blackrock Global Allocation Funds B | A | Dividend | L | T | | | | | |
| 31. Peabody Energy Corp. | A | Dividend | J | T | | | | | |
| 32. Titanium Metals Corp. New | A | Dividend | K | T | | | | | |
| 33. CBRE Clarion Global Real Estate Income Fund (formerly "ING") | B | Dividend | K | T | | | | | |
| 34. Chimera Investment Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Federated High Income Bond Fund class C | B | Dividend | K | T | | | | | |
| 36. | Lord Abbett High Yield Fund class C | B | Distribution | K | T | | | | | |
| 37. | Nuveen High Yield Municipal Bond Fund class C | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Vanguard Aggressive Growth Portfolio, listed on line 7 of Part VII, invests in two stock funds: (1) Vanguard Institutional Total Stock Market Index Fund (70%), and Vanguard Total International Stock Index Fund (30%). This allocation is made by the MOST plan, not by me.

The Vanguard Interest Accumulation Portfolio, listed on line 8 of Part VII, directs all its assets into Vanguard Short Term Reserves Account, which, in turn, invests in (1) Vanguard Prime Money Market Fund, and (2) funding agreements issued by one or more insurance companies. This allocation is made by the MOST plan, not by me, and I do not know any specifics of item (2).

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/09/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William D. Benton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544